Eastern District of Kentucky
FILED

NOV 14 2024

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## COVINGTON

UNITED STATES OF AMERICA

V.                                                INDICTMENT NO. 24-63-DLB-CJS


LUCAS TOJ-GONZALEZ,
      aka LUCAS GONZALEZ
      aka ANTONIO MARTINEZ,
      aka ANTONIO MARTINEZ IV,
      aka SERIGO RODRIGUES,
      aka SERGIO RODRIGUEZ

\*   \*   \*   \*   \*

THE GRAND JURY CHARGES:

### COUNT 1
### 8 U.S.C. § 1326(a)

On or about October 30, 2024, in Kenton County, in the Eastern District of

Kentucky, and elsewhere,

LUCAS TOJ-GONZALEZ,
aka LUCAS GONZALEZ,
aka ANTONIO MARTINEZ,
aka ANTONIO MARTINEZ IV,
aka SERIGO RODRIGUES,
aka SERGIO RODRIGUEZ,

an alien who was previously removed from the United States, entered, attempted to enter,

and was found in the United States, having not obtained the express consent of the

Secretary of Homeland Security to reapply for admission to the United States, all in

violation of 8 U.S.C. § 1326(a).

## COUNT 2
### 18 U.S.C. § 1015(e)

On or about May 23, 2022, in Boone County, in the Eastern District of Kentucky,

**LUCAS TOJ-GONZALEZ,**
**aka LUCAS GONZALEZ,**
**aka ANTONIO MARTINEZ,**
**aka ANTONIO MARTINEZ IV,**
**aka SERIGO RODRIGUES,**
**aka SERGIO RODRIGUEZ,**

knowingly made a false statement and claim that he was, or at any time had been, a

citizen or national of the United States, with the intent to engage unlawfully in

employment in the United States, all in violation of 18 U.S.C. § 1015(e).

## COUNT 3
### 18 U.S.C. § 1546(b)(2)

On or about May 23, 2022, in Boone County, in the Eastern District of Kentucky,

**LUCAS TOJ-GONZALEZ,**
**aka LUCAS GONZALEZ,**
**aka ANTONIO MARTINEZ,**
**aka ANTONIO MARTINEZ IV,**
**aka SERIGO RODRIGUES,**
**aka SERGIO RODRIGUEZ,**

for the purpose of satisfying a requirement of the employment verification system set

forth in subsection 1324(e) of Title 8 of the United States Code, used a false

identification document, to wit, a Texas ID card bearing number 38452103, knowing and

having reason to know that the document was false in that it was not issued by the State

of Texas, all in violation of 18 U.S.C. § 1546(b)(2).

## COUNT 4
### 18 U.S.C. § 1028A(a)(1)

On or about May 23, 2022, in Boone County, in the Eastern District of Kentucky,

**LUCAS TOJ-GONZALEZ,**
**aka LUCAS GONZALEZ,**
**aka ANTONIO MARTINEZ,**
**aka ANTONIO MARTINEZ IV,**
**aka SERIGO RODRIGUES,**
**aka SERGIO RODRIGUEZ,**

knowingly used, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, 18 U.S.C. §§ 1015(e) and 1546(b)(2), knowing that the means of identification belonged to another actual person, all in violation of 18 U.S.C. § 1028A(a)(1).

**A TRUE BILL**

**FOREPERSON**

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**          Not more than two years imprisonment, a $250,000 fine, and three years of supervised release.

**COUNTS 2 and 3:**   Not more than 5 years imprisonment, a $250,000 fine, and three years of supervised release

**COUNT 4:**          Two years imprisonment to run consecutively to any other term of imprisonment imposed.

**PLUS:**             Mandatory special assessment of $100 per count.

**PLUS:**             Restitution, if applicable.